## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Purchased/Filed: December 17, 2018
Index Number: 1:18-cv-07074-

*Kareem Nelson* — Plaintiff(s)

against

*P.L.G. 499, LLC d/b/a PLG Coffee House and Tavern and Rita Leocal* — Defendant(s)

STATE OF NEW YORK
COUNTY OF NASSAU    SS.:

____Thomas Arleo____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____December 18, 2018____, at ____3:48 PM____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Civil Complaint for Injunctive Relief, Individual Practices of Judge Brian M. Cogan on ____P.L.G. 499, LLC d/b/a PLG Coffee House and Tavern____, the Defendant in this action, by delivering to and leaving with ____Sue Zouky____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY 12210. __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section 303 Limited Liability Company Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __60__   Approx. Wt: 110-120 lbs   Approx. Ht: __5'2"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this __19th__ day of December 2018

CRAIG L. EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01E16030725
QUALIFIED IN SUFFOLK
COMMISSION EXPIRES SEPTEMBER 20, 2021

Thomas Arleo
**Attny's File No.**
Invoice•Work Order # 1575737

EXECUTIVE ATTORNEY SERVICE. INC. 585 STEWART AVE. STE LL16. GARDEN CITY. NY 11530 516-333-3447 LIC#