UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kareem Nelson
Plaintiff(s),

vs.

P.L.G. 499, LLC d/b/a PLG Coffee House and Tavern and Rita Leocal
Defendant(s).

ATTORNEY: BASHIAN PAPANTONIOU P.C.

INDEX NUMBER: 1:18-CV-07074-BMC

DATE OF FILING: 12/17/2018

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Inna Dvoretska, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/26/2018** at **10:52 AM** at **499 Rogers Aveneu, Brooklyn, NY 11225**,
Deponent served the **Summons in a Civil Action, Civil Complaint for Injunctive Relief, Individual Practices of Judge Brian M. Cogan** upon **Rita Leocal**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering thereat a true copy to **Jane Doe**, a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant/respondent/recipient actual place of residence and their reply was affirmative.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **Black**  Hair: **Black**  Age (Approx): **35**  Height(Approx): **5'6"**  Weight(Approx): **160-170 lbs**  Glasses: **No**

**Jane Doe refused to take papers. I told her that she was served and I left papers at her feet.**

On **12/27/2018**, after delivery of process was effected, deponent enclosed an additional true and attested copy of same in postpaid envelope addressed to the defendant/respondent/recipient at defendant/respondent/recipient place of residence in an official depository and by First Class Mail, under the exclusive care of the United States Postal Service within New York State. The envelope bore the Legend "Personal & Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant/respondent/recipient.

I asked the person spoken to if the defendant/respondent/recipient was in active military service of the United States or the State of New York in any capacity and received no reply.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this
December____ 2018

CRAIG L. EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01E1603D725
QUALIFIED IN SUFFOLK
COMMISSION EXPIRES SEPTEMBER 20, 2021

Inna Dvoretska
License No. 2067056

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1575740