

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

January 8, 2019

U.S. District Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers 704S
Brooklyn, New York 11201

**Re:** *Nelson v. P.L.G. 499, LLC, et al.*, **Case No.: 18-cv-7074-BMC**

Dear Judge Cogan:

    This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. Respectfully, I write to request an adjournment of the initial pretrial conference ("IPTC") scheduled for January 29, 2019 at 4:45 p.m. (D.E. 6). Our request for an adjournment is requested because the defendants were only recently served with a summons and complaint and have not yet appeared in this action. This is our first request for an adjournment of this conference, and the request will not prejudice any of the parties or affect any other scheduled dates since the defendants have not yet appeared in this action. It is therefore respectfully requested that Your Honor reschedule the conference to a date of a convenience on or after February 27, 2019, as the handling attorney will be out of state two weeks in mid-February. In addition, it is respectfully requested that all other filing deadlines in conjunction with the initial pretrial conference also be adjourned to coincide with the new conference date.

    We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.