UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAREEM NELSON,                                                     18-cv-7074-BMC

**CERTIFICATE OF DEFAULT**

                        Plaintiff,

-     against –

P.L.G. 499, LLC d/b/a PLG COFFEE HOUSE AND
TAVERN, and RITA LEOCAL,

                        Defendants.
-----------------------------------------------------------X

        I, Douglas C. Palmer, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendants, P.L.G. 499, LLC d/b/a PLG COFFEE HOUSE AND TAVERN, and RITA LEOCAL have not filed any answer or otherwise moved with respect to the Complaint herein. The default of Defendants, P.L.G. 499, LLC d/b/a PLG COFFEE HOUSE AND TAVERN, and RITA LEOCAL is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
        January 25, 2019

                                               DOUGLAS C. PALMER, Clerk of the Court

                                 By: _____*/s/Jalitza Poveda*_____
                                                    Deputy Clerk