# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

KAREEM NELSON,

                Plaintiff,

v.,

P.L.G. 499, LLC and RITA LEOCAL

                Defendants

-------------------------------------------------------------x

Case No. 1:18-cv-07074-BMC

**NOTICE OF APPEARANCE**

TO: The Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that I am admitted to practice in this court and I appear in this case as counsel for defendant P.L.G. 499, LLC.

Dated: February 13, 2019
       New York, New York

*/s/ Andrew Weltchek*
_____

Andrew Weltchek (AW6136)
Cohen Hochman & Allen
Attorneys for P.L.G. 499, LLC
75 Maiden Lane, Suite 802
New York, New York 10038
212-566-7081
aweltchek@chalegalteam.com