UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

KAREEM NELSON,

               Plaintiff,

v.,

P.L.G. 499, LLC and RITA LEOCAL

               Defendants

-------------------------------------------------------------x

Case No. 1:18-cv-07074-BMC

**NOTICE OF ADDRESS CHANGE**

TO: The Clerk of Court and all parties of record:

PLEASE TAKE NOTICE that I have submitted an update of my firm and address with PACER for this Court. While that change is pending with PACER, I am filing this notice of address change. My current firm and address are listed below.

Dated: February 13, 2019
       New York, New York

_____
Andrew Weltchek (AW6136)
Cohen Hochman & Allen
Attorneys for P.L.G. 499, LLC
75 Maiden Lane, Suite 802
New York, New York 10038
212-566-7081
aweltchek@chalegalteam.com